ALEXANDER B. CVITAN (CSB 81746),
MARSHA M. HAMASAKI (CSB 102720), and
ANDREW L. BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SURFACE TREND, INC., a California corporation,<br><br>    Defendant. | CASE NO.<br><br>SACV 07-0669 JVS(ANx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT<br><br>DATE: October 6, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 10C<br>      411 W. Fourth Street<br>      Santa Ana, CA  92701 |

    Upon review of the Application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant SURFACE TREND, INC., a suspended California corporation, through its Agent for Service of Process Margaret Lillian West and its President and Owner Lornie West, to show cause why it should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for Accounting entered on July 2, 2008, which requires it to produce its books and records to the TRUST FUNDS

-1-

for an audit, and to cooperate in all respects therewith in order for the TRUST FUNDS to accurately determine the total amount due by the Defendant to the TRUST FUNDS:

IT IS HEREBY ORDERED THAT:

1.  SURFACE TREND, INC., a suspended California corporation, through its Agent for Service of Process Margaret Lillian West and its President and Owner Lornie West, are ordered to appear before the above-entitled Court on October 6, 2008, at 1:30 p.m., in Courtroom 10C of the United States District Courthouse, located at 411 W. Fourth Street, Santa Ana, California 92701, and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for Accounting.

2.  Service of a copy of this Order and of the Application upon which this Order is based shall be made by mail to Defendant at least 15 days prior to the hearing.

3.  If Defendant chooses to file papers in opposition to the Order to Show Cause Re Contempt, it must do so no later than 7 days before the hearing.

DATED: September 11, 2008

_____
HON. JAMES V. SELNA
Judge of the United States District
Court Central District of California

PRESENTED BY:
REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____/S/_____
    ANDREW L. BIRNBAUM

-2-

1 | Attorneys for Plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-