ALEXANDER B. CVITAN (CSB 81746),
MARSHA M. HAMASAKI (CSB 102720), and
ANDREW L. BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SURFACE TREND, INC., a California corporation,<br><br>                    Defendant. | CASE NO.<br><br>SACV 07-0669 JVS(ANx)<br><br>ORDER RE CONTEMPT AGAINST DEFENDANT SURFACE TREND, INC. |

The hearing on the Order to Show Cause re Contempt pursuant to Application of Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company (Trust Funds) against Defendant SURFACE TREND, INC., a suspended California corporation, through its Agent for Service of Process Margaret Lillian West and its President and Owner Lornie West for their failure and refusal to obey this Court's Interlocutory Order for Accounting came on regularly for hearing on October 6, 2008, Reich, Adell & Cvitan, by Andrew L. Birnbaum appearing for Plaintiff, and no appearance

1

1    by Defendant.

2        After considering the Application by Plaintiff for the Order

3    to Show Cause re Contempt and proofs of service of the

4    Interlocutory Order and Order to Show Cause re Contempt on

5    Defendant, Margaret Lillian West and Lornie West, the Declaration

6    of Opposition to the Order to Show Cause re Contempt filed by

7    Defendant and the Reply to Declaration of Margaret West filed by

8    Plaintiff, and upon argument presented, Defendant Surface Trend,

9    Inc. is hereby found in CIVIL CONTEMPT of this Court, for failing

10   to comply with the Court's Interlocutory Order;

11       IT IS THEREFORE ORDERED that Defendant Surface Trend, Inc.:

12       1)   Comply with the Court's Interlocutory Order and provide

13   for an audit to Plaintiff as Ordered no later than October 14,

14   2008.

15       2)   If Defendant SURFACE TREND, INC., fails to comply with

16   the Interlocutory Order by October 14, 2008, it will be fined

17   $1,000.00 per day until it achieves compliance with this Court's

18   Interlocutory Order.

19       In the event of noncompliance, Plaintiff may apply to the

20   Court for further relief against Defendant Surface Trend, Inc.,

21   Margaret Lillian West and/or Lornie West.

22

23   DATED: October 9, 2008

24                                    _____
                                      HON. JAMES V. SELNA
25                                    Judge of the United States District
                                      Court Central District of California

26   PRESENTED BY:
     REICH, ADELL & CVITAN
27   A Professional Law Corporation

28   By:_____/S/_____
           ANDREW L. BIRNBAUM

                                    2

1    Attorneys for Plaintiff

2                        PROOF OF SERVICE

3    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4        I am employed in the County of Los Angeles, State of

5    California.  I am over the age of 18 and not a party to the within

6    action.  My business address is 3550 Wilshire Boulevard, Suite

7    2000, Los Angeles, California 90010-2421.

8        On **October 09, 2008**, I served the document described as

9    **[PROPOSED] ORDER RE CONTEMPT AGAINST DEFENDANT SURFACE TREND, INC.**

10   on the interested parties in this action, by placing a true copy

11   thereof, enclosed in a sealed envelope, addressed as follows:

12

13   Lornie West                      Lornie West
     President and Owner              President and Owner
14   Peggy West                       Peggy West
     SURFACE TREND, INC.              SURFACE TREND, INC.
15   1801 Via Burton Ave, Ste.A & B   32201 Mill Stream Road
     Fullerton, CA 92831-4319         Trabuco Canyon, CA 92676
16

17       I am "readily familiar" with the firm's practice of

18   collection and processing correspondence for mailing.  Under that

19   practice it would be deposited with the U.S. postal service on

20   that same day with postage thereon fully prepaid at Los Angeles,

21   California in the ordinary course of business.  I am aware that on

22   motion of the party served, service is presumed invalid if postal

23   cancellation date or postage meter date is more than one day after

24   date of deposit for mailing in affidavit.

25       Executed on **October 9, 2008**, California.

26       I declare that I am employed in the office of a member of the

27   bar of this court at whose direction the service was made.

28

                                   3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

VIRGINIA ALVAREZ